UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Christopher Latorella,<br><br>            Plaintiff,<br>v.<br><br>Cavalry Portfolio Services, LLC; and DOES 1-10, inclusive,<br><br>            Defendants. | Civil Action No.: 1:14-cv-14061-FDS |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 14, 2015

                                        Respectfully submitted,

                                        PLAINTIFF, Christopher Latorella

                                        /s/ Sergei Lemberg

                                        Sergei Lemberg, Esq.
                                        B.B.O. No.: 650671
                                        **LEMBERG LAW, L.L.C.**
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424
                                        slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 14, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg
                                             Sergei Lemberg